No. 66567.—J. T. Steeb & Co., Inc., and Portland Fish Co. *v.* United States, protest 61/6688 (Portland, Oreg.).

Opinion by WILSON, J. An examination of the official papers disclosing that the protest was untimely filed, the protest was dismissed.